No. 4605.—Nieves, etc., apltes., v. Blanco, apldo.—C. D. Humacao. Filiación. Agosto 14, 1930.

No. 5419.—The Mayagüez Dock & Shipping Co., aplda., v. Supt. de Seguros, aplte.—C. D. Mayagüez. Agosto 15, 1930.

No. 5406.—Wenonah Military Academy, aplda., v. Antonsanti, aplte.—C. D. San Juan. Agosto 22, 1930.

No. 5396.—Reguero, apldo., v. Berríos, aplte.—C. D. Humacao. Cobro de dinero. Agosto 28, 1930.

No. 5142.—Friberg, apldo., v. Morales, aplte.—C. D. Mayagüez. Incidente relativo a exoneración de sentencia. Septiembre 5, 1930.

No. 5174.—Friberg, apldo., v. Morales., aplte.—C. D. Mayagüez. Daños y perjuicios. Septiembre 5, 1930.

No. 5278.—Comisión de Indem. a Obreros, aplda., v. Nicot, aplte.—C. D. Ponce. Cobro de dinero. Septiembre 18, 1930.

No. 5337.—Aguadilla Lighter & Power Co., aplda., v. El Superintendente de Seguros de Puerto Rico, aplte.—C. D. Aguadilla. Septiembre 23, 1930.

No. 5291.—Vicente & Co. S. en C., aplda., v. Amadée, aplte.—C. D. San Juan. Cobro de dinero. Septiembre 22, 1930.

No. 5456.—Toledo, et als., apltes., v. Seijo, Alcalde, apldo.—C. D. Arecibo. *Mandamus.* Octubre 17, 1930.

No. 5284.—P. Ocasio & Co., S. en C., aplda., v. J. Octavio Seix, etc., y Ocasio, apltes.—C. D. San Juan. Tercería de bienes muebles. Noviembre 4, 1930.

No. 5172.—Santini Fertilizer Company, aplda., v. Soboco, aplte.—C. D. San Juan. Cobro de dinero. Noviembre 17, 1930.

No. 5485.—Francis, apldo., v. Rexach, aplte.—C. D. San Juan. Cobro de dinero. Noviembre 17, 1930.

No. 5486.—Marini de Figueroa, aplda., v. Carlo, aplte.—C. D. Mayagüez. Aprobación de edificación mediante indemnización. Noviembre 18, 1930.